KIMBERLY A. SANCHEZ
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YRMA GABRIELA GARCIA MATOS,<br><br>Plaintiff,<br><br>v.<br><br>USCIS, ET AL.,<br><br>Defendants. | CASE NO. 2:25-CV-01616 TLN-JDP<br><br>STIPULATION AND ORDER FOR TEMPORARY STAY |

The Defendants respectfully request to stay this case through December 5, 2025, and counsel for Plaintiff does not oppose. In this case, Plaintiff, Yrma Gabriela Garcia Matos, alleges that the U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of her asylum application, which was filed in 2016. USCIS has scheduled Plaintiff's asylum interview for August 7, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor do so within 120 days following the successful completion of Plaintiffs' asylum interview. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///

///

///

///

1

1   The parties therefore stipulate that this matter be stayed through December 5, 2025. The parties
2   further request that all other filing deadlines be similarly vacated.

Respectfully submitted,

Dated: July 18, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: July 18, 2025

By: /s/ JESSICA T. ARENA
JESSICA T. ARENA
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: July 21, 2025

_____
Troy L. Nunley
Chief United States District Judge

2